

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-20-00054-CV

**IN RE STATE OF TEXAS**, ex rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

On March 25, 2020, Kinney County filed a motion asking this court to strike certain portions of the record filed by relator. The motion is ORDERED carried with the case.

It is so **ORDERED** on March 31, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 4845, 4863 and 4866, styled *This proceeding arises out of Cause Nos. 4845, 4863, and 4866, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.*, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.